IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NUMBER: 7:14-CR-16 (HL) |
| : | |
| ISIDRO YANEZ-LICONA : | |
| DOMINGA REYES-JIMENEZ, and : | |
| ELIDE RIOS-MIRANDA. : | |
| _____ : | |

### ORDER OF CONTINUANCE

The defendants in the above-styled case were indicted on May 13, 2014. The defendants each had an initial appearance and arraignment on June 17, 2014. The defendants remain in custody because of an immigration hold. The discovery process in this case has just begun. The government and the defendants have jointly moved for this continuance to permit time to pursue discovery and potentially resolve the matter.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued to the next regularly scheduled term of Court for the Valdosta Division of this district, and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h). The time for filing motions in this case is also extended to not later than 14 days before the scheduled pretrial conference in this matter.

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(8)(B)(iv).

SO ORDERED, this 2nd day of July, 2014.

*s/ Hugh Lawson*
HUGH LAWSON
SENIOR DISTRICT JUDGE

Presented by:
s/Julia C. Bowen
JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY